# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MELANIE KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1641 DJS/AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the motion of Defendant, the Commissioner of Social

Security, to reverse and remand this Social Security disability case pursuant to sentence

four of section 205(g), 42 U.S.C. § 405(g).   This action was referred to the undersigned

United States Magistrate Judge under 28 U.S.C. § 636(b) for recommended disposition.

Following a hearing on Plaintiff's application for disability insurance benefits and

supplemental security income, an Administrative Law Judge ("ALJ") found that Plaintiff

was not disabled.  The decision of the ALJ became the final decision of the

Commissioner, and Plaintiff sought judicial review of the adverse ruling.  The

Commissioner now states that agency counsel asked the Appeals Council of the Social

Security Administration to reconsider the Commissioner's decision, and that upon review,

the Appeals Council determined that remand was appropriate for further consideration of

Plaintiff's claims because the ALJ had not given Plaintiff an opportunity to respond to

evidence obtained by the ALJ after the hearing. The Commissioner asserts that upon remand by the Court, the Appeals Counsel will remand the case to the ALJ with directions to afford Plaintiff an opportunity to respond to the additional evidence. Plaintiff's counsel has represented to the Court that Plaintiff has no objections to the Commissioner's motion to reverse and remand.

Title 42 U.S.C. § 405(g) provides, "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Court finds that the Commissioner has made a sufficient showing of good cause to reverse and remand this case for further action.

Accordingly,

**IT IS HEREBY RECOMMENDED** that Defendant's motion to reverse and remand the case to the Commissioner for further consideration be **GRANTED**. [Doc. #16]

The parties are advised that they have ten (10) days to file written objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of May, 2009.