UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **MELANIE KENNEDY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV1641-DJS |
| | ) | |
| **MICHAEL J. ASTRUE,** Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the confirmation of counsel that plaintiff has no objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand the case to the Commissioner for further consideration [Doc. #16] is granted, and a separate judgment will be entered herein this day.

Dated this   21st   day of May, 2009.


                                             /s/ Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE